# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133276

RAYMOND O'NEAL,
   Plaintiff-Appellee,

v

ST. JOHN HOSPITAL & MEDICAL
CENTER and DR. RALPH DILISIO,
   Defendants-Appellants,

and

DR. EFSTATHIOS TAPAZOGLOU,
   Defendant.

SC: 133276
COA: 274570
Wayne CC: 05-515351-NH

_____/

   By order of March 7, 2007, this Court granted immediate consideration and ordered a stay of trial court proceedings. On order of the Court, the application for leave to appeal the February 8, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the stay entered by this Court on March 7, 2007, remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

   WEAVER, J., would deny leave to appeal as she is not persuaded of the need for immediate appellate review.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

_____
Clerk

d0404